## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| FELICIA N. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-566 |
| | § | |
| THE UNITED STATES POSTAL SERVICE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In February 2011, Felicia Jones, proceeding *pro se*, sued her former employer, the United States Postal Service, asserting claims under the Federal Employee Compensation Act, the Federal Tort Claims Act, and Title VII.  Jones sought reinstatement and $100 million in damages for her 1999 termination from her postal service job and her inability to be rehired in 2000.  After a hearing, this court dismissed the case because it is time-barred.  (Docket Entry No. 39.)  The Court of Appeals for the Fifth Circuit dismissed Jones's appeal as frivolous.  (Docket Entry No. 58.)  Jones has now filed a motion to reopen.  (Docket Entry No. 62.)  Jones identifies "Stroke," "Dog Attack," "Race," "Back Injury," "Sex Discrimination," "Economic Hardship,""Violation of 5th Amendment Rights," and various federal statutes as some of the reasons for reopening this case.  Jones also seeks to amend her damages request from $100 million to $1 billion.  Jones's motion provides no basis for the relief she seeks.  The motion is denied.

SIGNED on June 14, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge