IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELICIA N. JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-566 |
| § | |
| THE UNITED STATES POSTAL SERVICE, § | |
| § | |
| Defendant. § | |

## ORDER

Felicia Jones's second motion to proceed in forma pauperis on appeal, (Docket Entry No. 86), is denied for the reasons stated in this court's Order entered on July 19, 2012. (*See* Docket Entry No. 83.) The two motions for judgment as a matter of law, (Docket Entries No. 84 & 87), and the motion for a continuance, (Docket Entry No. 88), are denied because they are frivolous and because they raise issues already ruled on by this court.

SIGNED on August 13, 2012, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　　　　　　　　
Lee H. Rosenthal
United States District Judge