IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELICIA N. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-566 |
| | § | |
| THE UNITED STATES POSTAL SERVICE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Felicia Jones filed a "motion for leave to file," attaching a bill of particulars, a supplemental bill of particulars, a motion to join "Attorney General" as a third-party defendant, a complaint against the Attorney General, a "complaint for interpleader and declatory [sic] relief," a "counterclaim/crossclaim," amendments to her original pleadings, a complaint for negligence under the Federal Employer's Liability Act, and a proposed order of judgment for $1,000,000,000. (Docket Entry No. 95).

Pursuant to the court's preclusion order of August 13, 2012, Jones may not file any action, complaint, or motion in the Southern District of Texas without first obtaining leave from the Chief Judge of the United States District Court for the Southern District of Texas. Jones has neither sought nor obtained leave from the Chief Judge to file further motions in this case. Her motion for leave to file is denied.

SIGNED on February 17, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge